NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICOH COMPANY, LTD., RICOH AMERICAS CORPORATION, AND RICOH ELECTRONICS, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,**
*Intervenors.*

---

2011-1236

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-690.

---

## ON MOTION

---

## ORDER

Ricoh Company, Ltd., et al. move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__MAY 2 7 2011__                         __/s/ Jan Horbaly__
Date                                      Jan Horbaly
                                          Clerk

cc:  John Allcock, Esq.
     Daniel E. Valencia, Esq.
     V. James Adduci, II, Esq.

s21

Issued As A Mandate:   __MAY 2 7 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 7 2011

JAN HORBALY
CLERK